UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE LAHOOD,<br><br>       Plaintiff,<br><br> -against-<br><br>FRANCENE OPRIHORY,<br><br>       Defendant. | 22-CV-5255 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued June 28, 2022, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action, *Lahood v. Oprihory*, ECF 1:22-CV-5236, 4 (S.D.N.Y. June 23, 2022).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 28, 2022
    New York, New York

               /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge